**FISHERBROYLES, LLP**
Timothy L. Moore, Esq.
CA Bar No. 305168
811 Mason Street
San Francisco, CA 94108
T: 619-678-1588
F: 619-275-7479
timothy.moore@fisherbroyles.com

Attorneys for Defendants GreenSky, Inc.,
GreenSky of Georgia, LLC, and GreenSky, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BELYEA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREENSKY, INC., a corporation, GREENSKY OF GEORGIA, LLC, and GREENSKY, LLC, limited liability companies, and DOES 1-20,<br><br>Defendants. | Case No.: _____<br><br>**NOTICE OF REMOVAL OF DEFENDANTS GREENSKY, INC., GREENSKY OF GEORGIA, LLC, AND GREENSKY, LLC** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Defendants, GreenSky, Inc., GreenSky of Georgia, LLC, and GreenSky, LLC (collectively, "GreenSky"), expressly preserving all defenses including but not limited to defenses related to arbitration, personal jurisdiction and proper venue, timely files this Notice of Removal, hereby removing this civil action, pending in the Superior Court of California, County of San Francisco, entitled *Belyea v. GreenSky, Inc., GreenSky of Georgia, LLC, and GreenSky, LLC*, Case No. CGC-20-582136 (the "State Court Action"), to the United States District Court

for the Northern District of California. A true and correct copy of the Summons, Petition, and Notices of Violation served on GreenSky, Inc., GreenSky of Georgia, LLC, and GreenSky, LLC is attached as **Exhibit A**.

### ORIGINAL JURISDICTION

1. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(d) (the "Class Action Fairness Act" or "CAFA") because at least one member of the putative class is a citizen of a state different from at least one defendant, the amount in controversy exceeds $5 million exclusive of interest and costs, and there are more than 100 members in the putative class.

2. Plaintiff is alleged to be a resident of the State of California. (Compl. ¶ 2.)

3. Defendant GreenSky, Inc. is a Delaware corporation headquartered in the State of Georgia.

4. Defendant GreenSky of Georgia, LLC is organized under the laws of the State of California.

5. Defendant GreenSky, LLC is organized under the laws of the State of Georgia.

6. For purposes of assessing minimal diversity under CAFA, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business" (28 U.S.C. § 1332(c)(1)) and "an unincorporated association shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized." 28 U.S.C. § 1332(d)(10).

7. Because at least one member of the putative class is diverse from at least one defendant, the requirements for minimal diversity under 28 U.S.C. § 1332(d)(2)(A) are satisfied.

8. In the Complaint, Plaintiff seeks to certify a class defined as "California consumers who transacted business with and/or received funds from or through GREENSKY ("Class") for a period beginning four years prior to the date this complaint is filed until the date of certification ("Class Period")." (Compl. ¶ 159.)

9. On behalf of the putative class, Plaintiff seeks compensatory damages, punitive damages, equitable and/or declaratory relief, and attorneys' fees. Assuming, for the purposes of removal only, that the allegations in the Complaint are true, the amount in controversy exceeds $5 million, and the aggregate number of members of the putative class exceeds 100.

## VENUE AND PROCEDURE

10. Pursuant to 28 U.S.C. § 1446(b), this Notice is timely filed within thirty (30) days of service of the Complaint on GreenSky. GreenSky was served with the Complaint on February 6, 2020.

11. As of the date of removal, GreenSky has not filed a responsive pleading to the Complaint.

12. Pursuant to 28 U.S.C. § 1441(a), this is the appropriate Court to receive this Notice of Removal, as the State Court Action is pending in the Superior Court of San Francisco County, which is within the Northern District of California. Therefore, this Court is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

13. Pursuant to 28 U.S.C. § 1446(a), GreenSky attaches true and correct copies of all Pleadings served on it in the State Court Action as Exhibits A-C.

14. Pursuant to 28 U.S.C. § 1446(d), counsel for Plaintiff will be served with a copy of this Notice of Removal, and a copy of this Notice of Removal will be filed with the Clerk of the San Francisco County Superior Court.

12. In light of the foregoing, removal of this case to the United States District Court for the Northern District of California is proper.

13. In filing this Notice of Removal, GreenSky does not waive, and expressly preserves, any and all defenses to the Complaint, including, but not limited to, defenses of arbitration, personal jurisdiction and improper venue, and reserves the right to move the Court concerning any such defenses upon removal to this Court.

WHEREFORE, Defendants, GreenSky, Inc., GreenSky of Georgia, LLC, and GreenSky, LLC, respectfully notify this Court, the state court, and Plaintiff of removal of this action from the San Francisco County Superior Court to the United States District Court for the Northern District of California.

Dated: March 9, 2020.

/s/ Timothy L. Moore
Timothy L. Moore, Esq.
CA Bar No. 305168
Attorney for Defendants GreenSky, Inc.
GreenSky of Georgia, LLC, and GreenSky, LLC.

FISHERBROYLES, LLP
811 Mason Street
San Francisco, CA 94108
T: 619-678-1588
F: 619-275-7479
timothy.moore@fisherbroyles.com