UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BELYEA,<br><br>    Plaintiff,<br><br>v.<br><br>GREENSKY, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-01693-JSC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING ON MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 5 |

Elizabeth Belyea brings this putative class action against GreenSky of Georgia, LLC and GreenSky, LLC (collectively "GreenSky") alleging violations of California's consumer protection and lending and credit services laws. GreenSky's motion to compel arbitration is now pending before the Court. (Dkt. No. 5.) In its reply brief, GreenSky raised two new arguments in support of its theory that it can enforce the at-issue arbitration agreement as a non-signatory: (1) as an agent of the lender SunTrust Bank or (2) based on equitable estoppel. GreenSky also offered new evidence in support of its reply. The Court cannot consider these arguments and evidence without giving Plaintiff the opportunity to address them. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007).

Accordingly, the May 21, 2020 hearing is VACATED. Plaintiff shall file a supplemental brief of no more than 7 pages addressing these two issues by June 1, 2020. GreenSky's supplemental reply of no more than 5 pages is due June 8, 2020. Upon completion of the briefing, the Court will notify the parties of the new hearing date, if any.

**IT IS SO ORDERED.**

Dated: May 18, 2020

                                                  JACQUELINE SCOTT CORLEY
                                                United States Magistrate Judge