**FISHERBROYLES, LLP**

Timothy L. Moore, Esq.
CA Bar No. 305168
811 Mason Street
San Francisco, CA 94108
T: 619-678-1588
F: 619-275-7479
timothy.moore@fisherbroyles.com

Barry Goheen (*pro hac vice*)
4279 Roswell Road, Suite 208 #351
Atlanta, GA 30342
T: 404-793-3093
barry.goheen@fisherbroyles.com

Attorneys for Defendants GreenSky, Inc.,
GreenSky of Georgia, LLC, and GreenSky, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BELYEA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> GREENSKY, INC., et al., <br><br> Defendant(s). | Case No. 3:20-cv-01693-JSC <br><br> **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, undersigned counsel for Defendants GreenSky, Inc., GreenSky of Georgia, LLC, and GreenSky, LLC, certify as follows. Defendant GreenSky, Inc.,

is publicly traded, but no other publicly traded company owns more than a 10% interest. Otherwise, as of this date, there are no such interests to report other than the named parties.

Dated: June 2, 2020                FISHERBROYLES, LLP

<u>/s/ Timothy L. Moore</u>      e
Timothy L. Moore, Esq.
CA Bar No. 305168
811 Mason Street
San Francisco, CA 94108
T: 619-678-1588
F: 619-275-7479
timothy.moore@fisherbroyles.com

Barry Goheen (*pro hac vice*)
4279 Roswell Road, Suite 208 #351
Atlanta, GA 30342
T: 404-793-3093
barry.goheen@fisherbroyles.com

*Attorney for Defendants GreenSky, Inc. GreenSky of Georgia, LLC, and GreenSky, LLC*