| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH BELYEA, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>GREENSKY, INC., et al.,<br><br>        Defendants. | Case No. 3:20-cv-01693-JSC<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

# [PROPOSED] ORDER

On August 7, 2020, Plaintiff filed a motion requesting leave to amend the operative complaint to: add a proposed class representative; streamline the factual allegations; and refine the legal claims. As leave to amend should be liberally granted under Fed. R. Civ. P. 15(a)(2) and good cause appearing, the Court GRANTS Plaintiff's motion for leave to file the proposed amended complaint.

DATED: _____

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge