UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BELYEA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GREENSKY, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-01693-JSC<br><br>**PRETRIAL ORDER** |

As discussed at the further case management conference held on September 26, 2023, Defendants shall respond to the Second Amended Complaint as to Plaintiff Ferguson's claims on or before **October 15, 2023.**

The briefing scheduled for Plaintiffs' motion for class certification:

| | |
|---|---|
| Plaintiffs' Motion (including service of expert reports): | March 1, 2024 |
| Defendants' Opposition (including service of expert reports): | May 3, 2024 |
| Plaintiffs' Reply: | May 31, 2024 |
| In-Person Class Certification Hearing: | June 20, 2024 at 10:00 |

Any fact discovery disputes relevant to class certification must be filed no later than February 1, 2024 (joint letter discovery dispute process).  The Court will also hold a further case management conference on February 1, 2024 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: September 26, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge