UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BELYEA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREENSKY, INC., et al., <br><br> Defendants. | Case No.20-cv-01693-JSC <br><br> **ORDER FOLLOWING MARCH 4, 2026 CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 394 |

As discussed at the March 4, 2026 further case management conference:

1.  Defendants shall produce to Plaintiffs an updated class list by March 11, 2026 based on address at the time of the loan application.  To the extent Defendants believe certain class members with California addresses at the time of loan application did not obtain a loan "secured in California," Defendants shall identify those class members to Plaintiffs along with the evidence Defendants are relying upon.  The Parties shall thereafter meet and confer about who should be excluded.  If Defendants cannot produce this "exclusion" information by March 11, 2026, they shall provide Plaintiffs with a date certain in March by which they will make such production.

2.  The Court sets the following schedule for Defendants' motion to decertify the class:

    - Defendants' motion:          March 11, 2026
    - Plaintiffs' opposition:      April 3, 2026
    - Defendants' reply:           April 17, 2026
    - Hearing:                     May 14, 2026 at 10:00 a.m.

3.  The Court will not order class notice at this time.

\\

*United States District Court*
*Northern District of California*

**IT IS SO ORDERED.**

Dated: March 5, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California